UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEONTAE LEWIS,

    Plaintiff,

v.

CITY OF DETROIT, et al.,

    Defendants.

_____/

Civil Action No. 12-CV-12710

HON. BERNARD A. FRIEDMAN

### ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On July 18, 2013, the City of Detroit filed a voluntary petition for protection under Chapter 9 of the Bankruptcy Code. On July 25, 2013, Bankruptcy Judge Steven Rhodes entered an order confirming the automatic stay of all proceedings against the City under section 922 of the Bankruptcy Code upon the filing of the petition. *See In re City of Detroit*, No. 13-53846 (Bankr. E.D. Mich. July 25, 2013). The stay applies to "judicial, administrative, or other action[s] or proceeding[s] against an officer or inhabitant of the City, including the issuance or employment of process, that seeks to enforce a claim against the City." *Id.* at 3. The present action has been commenced by the plaintiff against the City of Detroit and officers of the City of Detroit seeking to recover damages by enforcing a claim against the City of Detroit, which by law may be obliged to satisfy a judgment rendered against such officers. The Court must therefore stay and administratively close this matter. Accordingly,

IT IS ORDERED that proceedings in this case are stayed.

IT IS FURTHER ORDERED that this case is closed for administrative and statistical

purposes without prejudice.  This closing does not constitute a decision on the merits.

IT IS FURTHER ORDERED that if the bankruptcy stay is lifted then the case may be reopened upon the motion of any party.

IT IS FURTHER ORDERED that any party may apply to the bankruptcy court for relief from the automatic stay under 11 U.S.C. § 362(d)-(g).

        S/ Bernard A. Friedman\_\_\_\_\_
        BERNARD A. FRIEDMAN
        SENIOR UNITED STATES DISTRICT JUDGE

Dated:  August 2, 2013
      Detroit, Michigan